**Order entered September 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00137-CR

**FRANCISCO TAHAY-MARROQUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F19-00006-J**

## ORDER

Before the Court are appellant's September 23, 2019 second motion to extend time to file appellant's brief and September 25, 2019 motion to supplement the record and hold the briefing schedule in abeyance. We **GRANT** both motions to the extent of the following relief.

We **ORDER** the Dallas County District Clerk to file, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record consisting of the clerk's record in cause no. F17-58056-J. We further **ORDER** appellant's brief due **SIXTY DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order by electronic transmission to Felicia Pitre, Dallas County District Clerk; and to counsel for the parties.

/s/    BILL PEDERSEN, III
        JUSTICE